# Third District Court of Appeal

## State of Florida

Opinion filed February 12, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0219
Lower Tribunal No. 21-14000
_____

## Blue Condominium Association, Inc.,
Appellant,

vs.

## Blue Grouper Ventures, LLC,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Cole, Scott & Kissane, P.A., and Jennifer V. Ruiz and Francesca M. Stein, for appellant.

Mark Migdal & Hayden, and Jose M. Ferrer and Desiree Fernandez, for appellee.

Before EMAS, LOBREE and GOODEN, JJ.

PER CURIAM.

Appellant Blue Condominium Association appeals an award of attorney's fees and costs against it. We affirm in all respects. Appellee Blue Grouper Ventures, LLC prevailed on the significant issue in its complaint— its breach of contract claim. See Moritz v. Hoyt Enterprises, Inc., 604 So. 2d 807, 810 (Fla. 1992) ("[T]he party prevailing on the significant issues in the litigation is the party that should be considered the prevailing party for attorney's fees."). It secured the primary relief it sought against Blue Condominium Association. As a result, the trial court did not abuse its discretion by awarding attorney's fees and costs.

Affirmed.